ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  5:25-MJ-00079-CDB |
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE; ORDER |
| v. | |
| JOSE HERRERA-GONZALEZ, | |
| Defendant. | |

The United States of America, by and through its counsel, hereby moves to dismiss the complaint without prejudice in the interest of justice in the case.  Therefore, the government respectfully requests that the Court dismiss the complaint without prejudice and vacate the Detention Hearing currently set for October 10, 2025.

Respectfully,

 Dated:  October 7, 2025

ERIC GRANT
United States Attorney

By:  /s/ ARELIS M. CLEMENTE
ARELIS M. CLEMENTE
Assistant United States Attorney

1

## [~~PROPOSED~~] ORDER

2

3    The Court hereby GRANTS the Government's motion to dismiss the complaint in this matter

4    without prejudice.  Additionally, all future dates in this matter, including the Detention Hearing

5    scheduled for October 10, 2025, are VACATED.

6

7    IT IS SO ORDERED.

8       Dated:   **October 8, 2025**

9                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28